# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Keith E. Mauery dba Keith E Maurey**<br>Debtor(s) | **BK NO. 18-00692 HWV**<br><br>**Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Champion Mortgage Company and index same on the master mailing list.

                                      Respectfully submitted,


                                      **/s/ Rebecca A. Solarz, Esquire**
                                      Rebecca A. Solarz, Esquire
                                      KML Law Group, P.C.
                                      BNY Mellon Independence Center
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106
                                      215-627-1322