| UNITED STATES BANKRUPTCY COURT<br>Middle District of Pennsylvania (Harrisburg) || NOTICE OF CHANGE OF ADDRESS |
|---|---|---|
| Name of Debtor(s):<br><br>Keith E. Mauery | Case Number:<br><br>1:2018-bk-00692 | |
| Name of Creditor:<br>  Mortgage Assets Management, LLC | | |
| Name of Current Servicer of account:<br>  PHH Mortgage Services | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br>  PHH Mortgage Corporation<br>  PO Box 24605<br>  West Palm Beach, FL 33416<br><br>  Telephone Number: 855-689-7367<br><br>Prior notice address:<br>  1 Mortgage Way<br>  Mount Laurel, NJ 08054 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br>  PHH Mortgage Services<br>  PO Box 24781<br>  ATTN: RSVRF<br>  West Palm Beach, FL 33416<br><br>  Telephone Number: 800-750-2518 | | **X** Check this box if you are changing the address that payments will go to. |
| 1.   **Account Number: 3343** | | _ Check this box if the account number has changed. |
| 2.   **Court Claim Number: 3** | | |
| 3.   **Signature:**<br><br> **Check the appropriate box.**<br>         **I am the creditor.**<br>   X   **I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)**<br>         **I am the trustee, or the debtor.**<br>         **I am a guarantor, surety, endorser, or other codebtor.**<br><br>  By:   /s/ John Shelley                              Date:  02/18/2023<br>         Authorized Filing Agent for PHH Mortgage Services | | |

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO.: 18-00692 |
| Keith E. Mauery | CHAPTER: 13 |

**Debtor(s).**

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on or before February 21, 2023, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

### SERVICE LIST

*Debtor:*  *By U.S. Postal Service First Class Mail Postage Prepaid:*

Keith E. Mauery
16 Pine Park Drive
Lewistown, PA 17044

*Debtor's Attorney:*  *By CM / ECF Filing:*

James M Bach
352 South Sporting Hill Road
Mechanicsburg, PA 17050

*Trustee:*  *By CM / ECF Filing:*

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

/s/ John Shelley
_____
InfoEx, LLC
(as authorized agent for PHH Mortgage Services)