Fill in this information to identify the case:

Debtor 1  Keith E. Mauery

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the : MIDDLE District of Pennsylvania
                                                              (State)

Case number 1:18-bk-00692-HWV

Form 4100R
# Response to Notice of Final Cure                                                    10/15

_____

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

**Part 1:    Mortgage Information**

**Name of creditor:** Mortgage Assets Management, LLC                **Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 8699

**Property address:**   16 PINE PARK DRIVE ,
                        Number       Street

                        LEWISTOWN, PA 17044
                        City            State        ZIP Code

**Part 2:    Prepetition Default Payments**

*Check one:*

[X]   Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]   Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                                                                                                     $_____

**Part 3:    Postpetition Mortgage**

*Check one:*

[X]   Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

      The next postpetition payment from the debtor(s) is due on:     NA- This is a Reverse Mortgage
                                                                      MM/DD/YYYY

[ ]   Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

      Creditor asserts that the total amount remaining unpaid as of the date of this response is:

      a. Total postpetition ongoing payments due:                                              (a) $_____
      b. Total fees, charges, expenses, escrow and costs outstanding:                        + (b) $_____
      c. Total. Add lines a and b.                                                              (c) $_____

      Creditor asserts that the debtor(s) are contractually
      obligated for the postpetition payment(s) that first became
      due on:
                                                      MM/ DD/ YYYY

| Debtor 1 | Keith E. Mauery | Case number *(if known)* | 1:18-bk-00692-HWV |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X]  all payments received;
[X]  all fees, costs, escrow, and expenses assessed to the mortgage; and
[X]  all amounts the creditor contends remain unpaid

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X   /S/ Michelle L. McGowan                    Date 07/27/2023
     Signature

Print    Michelle L. McGowan                          Title  Authorized Agent
         First Name   Middle Name   Last Name

Company   Robertson, Anschutz, Schneid, Crane & Partners, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   13010 Morris Road, Suite 450
          Number   Street

          Alpharetta, GA 30004
          City     State     Z P Code

Contact   470-321-7112                                 Email  mimcgowan@raslg.com

Form 4100R                **Response to Notice of Final Cure Payment**                page 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 8, 2023 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Keith E. Mauery
16 Pine Park Drive
Lewistown, PA 17044

And via electronic mail to:

James M Bach
352 South Sporting Hill Road
Mechanicsburg, PA 17050

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

By: /s/ Jessica Norton

Email: jnorton@raslg.com

Form 4100R    Response to Notice of Final Cure Payment    page 3

Case 1:18-bk-00692-HWV    Doc 73    Filed 08/08/23    Entered 08/08/23 07:10:07    Desc
Main Document    Page 3 of 3