| | |
|---|---|
| In re: | Case No. 18-00692-HWV |
| Keith E. Mauery | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Sep 13, 2023 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Keith E. Mauery, 16 Pine Park Drive, Lewistown, PA 17044-1751 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 15, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashlee Crane Fogle | on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company afogle@rascrane.com |
| Brian C Nicholas | on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Charles G. Wohlrab | on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James M Bach | on behalf of Debtor 1 Keith E. Mauery JMB@JamesMBach.com staff@jamesmbach.com;staff@ecf.courtdrive.com;r39038@notify.bestcase.com |

| | |
|---|---|
| Kevin Buttery | on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company kbuttery@rascrane.com |
| Michelle McGowan | on behalf of Creditor Mortgage Assets Management LLC mimcgowan@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Keith E. Mauery,<br>dba Keith E Maurey, | Chapter 13 |
| **Debtor 1** | Case No. 1:18−bk−00692−HWV |

Social Security No.:
xxx−xx−9813

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: September 13, 2023

**fnldec** (01/22)